Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 13−12101−JKS
                Chapter: 13
                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Domenico Lomuscio
   aka Dominic Lomuscio, aka Domenic
   Lomuscio
   199A N. Beverwyck Road
   Apt #9
   Lake Hiawatha, NJ 07034

Social Security No.:
   xxx−xx−4817

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on August 16, 2016.

    On 3/27/17 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                April 27, 2017
Time:               09:00 AM
Location:         Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D,
Newark, NJ 07102

    Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
     a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
     of a secure claim, such holders acceptance or rejection of the Plan before modification will
     be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
     holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,**
     **the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 28, 2017
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 13-12101-JKS
Domenico Lomuscio                                                            Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Mar 28, 2017
                              Form ID: 185             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2017.
```
db          ++++DOMENICO LOMUSCIO,    199A N BEVERWYCK RD APT A9,    LAKE HIAWATHA NJ  07034-1400
              (address filed with court: Domenico Lomuscio,    199A N. Beverwyck Road,    Apt #9,
              Lake Hiawatha, NJ  07034)
cr           +Manor I Condominium Association, Inc c/o Gervin Re,    1280 Route 46,
              Parsippany, NJ 07054-4911
513652888   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
514089974    +Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
514089975    +Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134,
              Caliber Home Loans, Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
513652894    +Charles Calantome DMD,    239 New Road,    Building C,    Parsippany, NJ 07054-4274
513652895    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
513652896    +Chase Manhattan Mortgage,    Attn; Correspondence Mail MC LA4-5555,    700 Kansas Ln,
              Monroe, LA 71203-4774
513744494    +Credit First NA,    Po Box 818011,    Cleveland, Oh 44181-8011
513652897    +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
513675872    +Department Stores National Bank/Bloomingdales,    Bankruptcy Processing,    Po Box 8053,
              Mason, OH 45040-8053
513675873    +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
              Mason, OH 45040-8053
513652898    +Dsnb Bloom,    Macy's Bankruptcy Dept.,    9111 Duke Blvd.,    Mason, OH 45040-8999
513652899    +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
513778838     FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
513652902    +JCP&L,   PO  76 S. Main Street,    Akron, OH 44309
513844425    +Jersey Central Power & Light,    331 Newman Springs Rd.,    Building 3,    Red Bank, NJ 07701-6771
513652903    +Manor I Condominium Association,    1280 Route 46,    Parsippany, NJ 07054-4914
513696547    +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
513652904    +Pnc Bank,    Po Box 5570,    Cleveland, OH 44101-0570
513652905    +Quest,   P.O. Box 64196,    Baltimore, MD 21264-0001
513652908     Quest Diagnostics Incorporated,    PO Box 64196,    Baltimore, MD 21264-4196
513652909     Quest Diagnostics Medical Lab Tests,    c/o Dymacol, Inc.,    PO Box 9017,    Oceanside, NY 11572
513652910    +Randy Spector DO,    124 N. Beverwyck Rd.,    Lake Hiawatha, NJ 07034-2205
513996573    +Vericrest Financial, Inc,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
              Mountainside, NJ 07092-2315
513652911    +Vzw Ne,   Attention: Verizon Wireless Department,    Po Box 3397,    Bloomington, IL 61702-3397
514003747     eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
514003748     eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262,
              eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 28 2017 23:40:56      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 28 2017 23:40:53      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr            E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 28 2017 23:41:01
              American Honda Finance Corporation,    3625 W Royal Lane Ste 200,    Irving, TX  75063
513652887     E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 28 2017 23:41:01      American Honda Finance,
              Po Box 168088,    Irving, TX 75016
513692614     E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 28 2017 23:41:01
              American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
              Irving, TX 75016-8088
513771293     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 28 2017 23:44:29
              American InfoSource LP as agent for,    Verizon,    PO Box 248838,
              Oklahoma City, OK  73124-8838
513652890    +E-mail/Text: bcwrtoff@cablevision.com Mar 28 2017 23:41:28      Cablevision,    1111 Stewart Ave,
              Bethpage, NY 11714-3581
513652889     E-mail/Text: bcwrtoff@cablevision.com Mar 28 2017 23:41:28      Cablevision,    PO Box 371378,
              Pittsburgh, PA 15250-7378
513652891    +E-mail/Text: bcwrtoff@cablevision.com Mar 28 2017 23:41:28      Cablevision,
              200 Jericho Quadrangle,    Jericho, NY 11753-2701
513652892    +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 28 2017 23:41:28
              Cablevision of New Jersey,    c/o Credit Collection Services,    Two Wells Avenue,
              Newton Center, MA 02459-3225
513652893    +E-mail/Text: bcwrtoff@cablevision.com Mar 28 2017 23:41:28      Cablevison,    PO Box 371897,
              Pittsburgh, PA 15250-7897
513652901    +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2017 23:38:48      Gecrb/toys,    Po Box 965005,
              Orlando, FL 32896-5005
513998281     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2017 23:44:28
              Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,    POB 41067,
              Norfolk VA 23541
513953335     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2017 00:01:19
              Portfolio Recovery Associates, LLC,    c/o TOY R US CREDIT CARD,    POB 41067,
              Norfolk VA 23541
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Mar 28, 2017
                              Form ID: 185               Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
513652906         E-mail/Text: bkrpt@retrievalmasters.com Mar 28 2017 23:40:53      Quest Diagnostics,
                   c/o AMCA Collection Agency,    PO Box 1235,    Elmsford, NY 10523-0935
                                                                                               TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513996574*       +Vericrest Financial, Inc,   c/o Zucker Goldberg & Ackerman,   200 Sheffied Street, Suite 301,
                   Mountainside, NJ 07092-2315
513652900        ##+Frank Lomuscio,   159 Ball Ave,    Parsippany, NJ 07054-2126
513652907        ##+Quest Diagnostics,   PO Box 71304,    Philadelphia, PA 19176-1304
                                                                                      TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2017 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    Caliber Home Loans, Inc. nj.bkecf@fedphe.com
              Brian C. Nicholas    on behalf of Creditor    Caliber Home Loans, Inc. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric P. Kelner    on behalf of Creditor    Manor I Condominium Association, Inc c/o Gervin Realty,
               Inc. ekelner@hillwallack.com, fmansmann@hillwallack.com;OOtarsi@HillWallack.com
              Jennifer R. Gorchow    on behalf of Creditor    Caliber Home Loans, Inc. nj.bkecf@fedphe.com
              Joel A. Ackerman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Vericrest Financial, Inc jackerman@zuckergoldberg.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott D. Sherman    on behalf of Debtor Domenico  Lomuscio ssherman@minionsherman.com
                                                                                               TOTAL: 10
```