**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | Case No.: | 13-12101 |
|---|---|---|
| Domenico Lomuscio | Hearing Date: | 525/2017 |
| | Chapter: | 13 |
| | Judge: | John K. Sherwood |

### NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __John K. Sherwood__, United States Bankruptcy Judge.

**Reason for Hearing:** Limited Objection to Debtor(s) Attorney's Application for Compensation

**Location of Hearing:** Courtroom No. 3D
US BANKRUTCY COURT
50 WALNUT ST., 3RD FL
NEWARK, NJ 07102

**Date and Time:** May 25, 2017 @ 11:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: May 2, 2017

JEANNE A. NAUGHTON, Clerk

By: Zelda L. Haywood
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __May 2__, 20__17__ this notice was served on the following: Debtor, Debtor's Counsel and Trustee

JEANNE A. NAUGHTON, Clerk

By: Zelda L. Haywood
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Domenico Lomuscio  
      Debtor

Case No. 13-12101-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 02, 2017  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2017.  
db          ++++DOMENICO LOMUSCIO,    199A N BEVERWYCK RD APT A9,    LAKE HIAWATHA NJ   07034-1400  
             (address filed with court: Domenico Lomuscio,    199A N. Beverwyck Road,   Apt #9,  
              Lake Hiawatha, NJ   07034)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2017 at the address(es) listed below:  
       Andrew L. Spivack    on behalf of Creditor    Caliber Home Loans, Inc. nj.bkecf@fedphe.com  
       Brian C. Nicholas    on behalf of Creditor    Caliber Home Loans, Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Eric P. Kelner    on behalf of Creditor    Manor I Condominium Association, Inc c/o Gervin Realty, Inc. ekelner@hillwallack.com, fmansmann@hillwallack.com;OOtarsi@HillWallack.com  
       Jennifer R. Gorchow    on behalf of Creditor    Caliber Home Loans, Inc. nj.bkecf@fedphe.com  
       Joel A. Ackerman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION jackerman@zuckergoldberg.com  
       Joel A. Ackerman    on behalf of Creditor    JPMorgan Chase Bank, National Association jackerman@zuckergoldberg.com  
       Joel A. Ackerman    on behalf of Creditor    Vericrest Financial, Inc jackerman@zuckergoldberg.com  
       John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation mortonlaw.bcraig@verizon.net, tfitz@mortoncraig.com;mhazlett@mortoncraig.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Scott D. Sherman    on behalf of Debtor Domenico Lomuscio ssherman@minionsherman.com  
                                                                                     TOTAL: 10