**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Order Filed on August 2, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

**Scott D. Sherman, Esq.**
Minion & Sherman
Attorneys at Law
33 Clinton Road, Suite 105
West Caldwell, NJ 07006
973-882-2424    Fax 973-882-0856
e-mail: ssherman@minionsherman.com
*Attorneys for Debtors,*

In Re:

DOMENICO LOMUSCIO,

    Debtors.

Case No.    13-12101

Chapter:    13

Hearing Date:

Judge:    JOHN K SHERWOOD

## ORDER APPROVING POST-PETITION LOAN MODIFICATION

The relief set forth on the following pages numbered two (2) through three (3) is hereby

**ORDERED**.

**DATED: August 2, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Page:     2
Debtor:   **Domenico Lomuscio**
Case No.: 13-12101
Caption:  Order Approving Post-Petition Loan Modification

**THIS MATTER**, being opened before the Court by Scott D. Sherman, Esq., attorney for the Debtor, Domenico Lomuscio, and this Court having considered argument of counsel and good cause appearing, and there being no opposition.

**IT IS HEREBY, ORDERED**, that the debtor is hereby authorized to enter into a loan modification agreement on the first mortgage held by Caliber Home Loans on real property located at 199A-9 North Beverwyck Road, Parsippany, NJ 07034 and it is further,

**ORDERED,** that any substantial changes to the loan modification as proposed prior to execution of same shall require further Order of this Court; and it is further,

**ORDERED,** In the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, Secured Creditor shall amend the arrearage portion of its Proof of Claim to zero or withdraw the claim within thirty (30) days of completion of the loan modification and it is further

**ORDERED,** The Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of loan modification and all money that would otherwise be paid to secured creditor, be held until the arrearage portion of the claim is amended to zero or the claim is withdrawn, or the Trustee is notified by the secured creditor that the modification was not consummated and it is further.

Page:       3
Debtor:     **Domenico Lomuscio**
Case No.:   **13-12101**
Caption:    **Order Approving Post-Petition Loan Modification**

**ORDERED,** In the event the modification is not consummated, the secured creditor shall notify the Trustee and debtor's attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to secured creditor. and it is further

**ORDERED,** In the event the Proof of Claim is amended to zero or withdrawn, the Trustee may disburse the funds being held pursuant to this order to other creditors in accordance with the provisions of the confirmed plan and it is further

**ORDERED,** with respect to any post- petition orders, claims for post-petition mortgage arrears, and orders for creditor's attorney's fees which are being capitalized into the loan, secured creditor will amend any and all post- petition orders or claims within 30 days after completion of the loan modification and it is further;

**ORDERED**, that Debtors shall file a Modified Plan and Budget within 30 days from the entry of this Order, and it is further;

**ORDERED**, that the 14 day period under Fed. R. Bankr. P. 6004 is hereby waived.

United States Bankruptcy Court
District of New Jersey

In re:  
Domenico Lomuscio  
      Debtor

Case No. 13-12101-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin         Page 1 of 1         Date Rcvd: Aug 02, 2017  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2017.
```
db             ++++DOMENICO LOMUSCIO,    199A N BEVERWYCK RD APT A9,    LAKE HIAWATHA NJ    07034-1400
                 (address filed with court:  Domenico Lomuscio,    199A N. Beverwyck Road,    Apt #9,
                   Lake Hiawatha, NJ   07034)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2017 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    Caliber Home Loans, Inc. nj.bkecf@fedphe.com
              Brian C. Nicholas    on behalf of Creditor    Caliber Home Loans, Inc. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric P. Kelner    on behalf of Creditor    Manor I Condominium Association, Inc c/o Gervin Realty,
               Inc. ekelner@hillwallack.com,    fmansmann@hillwallack.com;OOtarsi@HillWallack.com
              Jennifer R. Gorchow    on behalf of Creditor    Caliber Home Loans, Inc. nj.bkecf@fedphe.com
              Joel A. Ackerman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Vericrest Financial, Inc jackerman@zuckergoldberg.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott D. Sherman    on behalf of Debtor Domenico  Lomuscio ssherman@minionsherman.com
                                                                                             TOTAL: 10
```