UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scott D. Sherman, Esq.
Minion & Sherman
33 Clinton Road - Suite 105
West Caldwell, New Jersey 07006
phone 973-882-2424
fax 973-882-0856
ssherman@minionsherman.com

**Order Filed on October 11, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

DOMENICO LOMUSCIO

DEBTORS

Case No.: 13-12101

Chapter: 13

Judge: SHERWOOD

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 11, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____SCOTT D. SHERMAN, ESQ._____, the applicant, is allowed a fee of $ _____900.00_____ for services rendered and expenses in the amount of $_____22.32_____ for a total of $_____922.32_____ . The allowance shall be payable:

- ☒ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                     Case No. 13-12101-JKS
Domenico Lomuscio                                                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                    Page 1 of 1                    Date Rcvd: Oct 11, 2017
                              Form ID: pdf903                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
db             ++++DOMENICO LOMUSCIO,    199A N BEVERWYCK RD APT A9,    LAKE HIAWATHA NJ    07034-1400
                 (address filed with court:   Domenico Lomuscio,    199A N. Beverwyck Road,    Apt #9,
                  Lake Hiawatha, NJ   07034)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2017 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    Caliber Home Loans, Inc. nj.bkecf@fedphe.com
              Brian C. Nicholas    on behalf of Creditor    Caliber Home Loans, Inc. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric P. Kelner    on behalf of Creditor    Manor I Condominium Association, Inc c/o Gervin Realty,
               Inc. ekelner@hillwallack.com,    fmansmann@hillwallack.com;OOtarsi@HillWallack.com
              Jennifer R. Gorchow    on behalf of Creditor    Caliber Home Loans, Inc. nj.bkecf@fedphe.com
              Joel A. Ackerman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Vericrest Financial, Inc jackerman@zuckergoldberg.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott D. Sherman    on behalf of Debtor Domenico  Lomuscio ssherman@minionsherman.com
                                                                                               TOTAL: 10