UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scott D. Sherman, Esq.
Minion & Sherman
33 Clinton Road - Suite 105
West Caldwell, New Jersey 07006
phone 973-882-2424
fax 973-882-0856
ssherman@minionsherman.com

Order Filed on November 6, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

DOMENICO LOMUSCIO

Debtor

Case No.: 13-12101

Judge: SHERWOOD

Chapter: 13

Recommended Local Form:  ☒ Followed    ☐ Modified

# ORDER AUTHORIZING
# RETENTION OF  Peter DeFrank, Esq.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 6, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

In re: <u>DOMENICO LOMUSCIO</u>

Case No.: <u>13-12101</u>

Applicant: <u>DOMENICO LOMUSCIO</u>

(check all that apply)  ☐ Trustee:  ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☒ Debtor:  ☐ Chap. 11    ☒ Chap. 13

☐ Official Committee of _____

Name of Professional: <u>Peter J. DeFrank, Esq.</u>

Address of Professional: <u>MASSOOD LAW GROUP, LLC</u>

<u>50 Packanack Lake Road</u>

<u>Wayne, NJ 07470</u>

_____

☐ Attorney for (check all that apply):

☐ Trustee  ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee  ☐ Debtor-in-Possession

☐ Official Committee of _____

☒ Other Professional:

☐ Realtor  ☐ Appraiser  ☒ Special Counsel  ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*