UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

HILL WALLACK LLP
Elizabeth K. Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Fax: 609-452-1888

**Order Filed on February 23, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: | 13-12101 |
| | Judge: | JKS |
| DOMENICO LOMUSCIO aka DOMINIC LOMUSCIO aka DOMENIC LOMUSCIO, | Hearing Date(s): | |
| | Chapter: | 13 |

Recommended Local Form  ☐ Followed  ☒ Modified

# ORDER RESOLVING MOTION TO VACATE STAY
# AND/OR MOTION TO DISMISS
# WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: February 23, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Applicant:                          Manor I Condominium Association, Inc.

Applicant's Counsel:                Elizabeth K. Holden, Esq.

Debtor's Counsel:                   Scott D. Sherman, Esq.

Property Involved ("Collateral"):    199A North Beverwyck Road, Apt. 9, Lake Hiawatha, NJ

Relief sought:          ☒   Motion for relief from the automatic stay

                        ☐   Motion to dismiss

                        ☐   Motion for prospective relief to prevent imposition of automatic stay
                        against the collateral by debtor's future bankruptcy filings


For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to
the following conditions:

1.      Status of post-petition arrearages:

        ☒   The Debtor is overdue for __26__ months, from __Dec. 1, 2015__ to __Jan. 1, 2018__.

        ☒   The Debtor is overdue for __26__ payments at $ __268.00__ per month. plus $58.41 balance due.

        ☒   The Debtor is assessed for __41__ late charges at $ __30.00__ per month.

        ☐   Applicant acknowledges receipt of funds in the amount of $ _____ received
        after the motion was filed.

        Total Arrearages Due  $ __8,256.41__ .


2.      Debtor must cure all post-petition arrearages, as follows:

        ☐   Immediate payment shall be made in the amount of $_____.  Payment shall
        be made no later than _____.

        ☒   Beginning on __March 1, 2018__, regular monthly maintenance fees shall
        continue to be made in the amount of $__268.00__. Regular monthly maintenance fees are subject
        to late charges if not received by the 15th of the month.

        ☒   Beginning on __March 15, 2018__, additional monthly cure payments shall be
        made in the amount of $__200.00__          The additional $200.00 cure payments shall be made
        on or before the 15th day of each month until the past due post-peitition balance of $8,256.41 is paid
        in full. "Time is of the essence" with respect to all payments.

2

❒    The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.   The debtor's monthly payment to the Chapter 13 Trustee is modified to be $ _____ per month.

3.    Payments to the Secured Creditor shall be made to the following address(es):

❒    Immediate payment:                  _____

_____

_____

☒    Regular monthly payment:        Manor I Condominium Association, Inc.

c/o Gervin Realty Management
1280 Route 46
Parsippany, NJ 07054

☒    Monthly cure payment:            Manor I Condominium Association, Inc.

c/o Gervin Realty Management
1280 Route 46
Parsippany, NJ 07054

4.    In the event of Default:

☒    If the Debtor fails to make the immediate payment specified above when due or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

❒    If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

3

5.      Award of Attorneys' Fees:

    ❒   The Applicant is awarded attorneys fees of $_____, and costs of $_____.

       The fees and costs are payable:

        ❒   through the Chapter 13 plan.

        ❒   to the Secured Creditor within _____ days.

    ❒   Attorneys' fees are not awarded.

6.   In the event Debtor receives proceeds from his pending personal injury lawsuit prior to curing all of the arrears to the Association, Debtor shall tender the balance due and owing to the Association within fourteen (14) days of his receipt of the personal injury proceeds.  Additionally, the parties agree that their resolution of this matter is subject to the terms of a separate letter agreement dated January 25, 2018, which agreement shall survive following the closing of the within bankruptcy case.

*rev.8/1/15*