UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HILL WALLACK LLP
Elizabeth K. Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Fax: 609-452-1888

**Order Filed on February 23, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| | | |
|---|---|---|
| In Re: | Case No.: | 13-12101 |
| | Judge: | JKS |
| DOMENICO LOMUSCIO aka DOMINIC LOMUSCIO aka DOMENIC LOMUSCIO, | Hearing Date(s): | |
| | Chapter: | 13 |

---

Recommended Local Form    ☐ Followed    ☒ Modified

---

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: February 23, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Manor I Condominium Association, Inc. |
| Applicant's Counsel: | Elizabeth K. Holdren, Esq. |
| Debtor's Counsel: | Scott D. Sherman, Esq. |
| Property Involved ("Collateral"): | 199A North Beverwyck Road, Apt. 9, Lake Hiawatha, NJ |

Relief sought:    ☒   Motion for relief from the automatic stay

☐   Motion to dismiss

☐   Motion for prospective relief to prevent imposition of automatic stay
against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to
the following conditions:

1.    Status of post-petition arrearages:

☒   The Debtor is overdue for __26__ months, from __Dec. 1, 2015__ to __Jan. 1, 2018__.

☒   The Debtor is overdue for __26__ payments at $ __268.00__ per month. plus $58.41 balance due.

☒   The Debtor is assessed for __41__ late charges at $ __30.00__ per month.

☐   Applicant acknowledges receipt of funds in the amount of $ _____ received
after the motion was filed.

Total Arrearages Due  $ _____8,256.41_____.

2.    Debtor must cure all post-petition arrearages, as follows:

☐   Immediate payment shall be made in the amount of $_____.  Payment shall
be made no later than _____.

☒   Beginning on __March 1, 2018__, regular monthly maintenance fees shall
continue to be made in the amount of $ __268.00__. Regular monthly maintenance fees are subject
to late charges if not received by the 15th of the month.

☒   Beginning on __March 15, 2018__, additional monthly cure payments shall be
made in the amount of $__200.00__          The additional $200.00 cure payments shall be made
on or before the 15th day of each month until the past due post-peitition balance of $8,256.41 is paid
in full. "Time is of the essence" with respect to all payments.

❏    The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.   The debtor's monthly payment to the Chapter 13 Trustee is modified to be $ _____ per month.

3.    Payments to the Secured Creditor shall be made to the following address(es):

❏    Immediate payment:    _____

                                         _____

                                         _____

☒    Regular monthly payment:    Manor I Condominium Association, Inc.

                                         c/o Gervin Realty Management
                                         1280 Route 46
                                         Parsippany, NJ 07054

☒    Monthly cure payment:    Manor I Condominium Association, Inc.

                                         c/o Gervin Realty Management
                                         1280 Route 46
                                         Parsippany, NJ 07054

4.    In the event of Default:

☒    If the Debtor fails to make the immediate payment specified above when due or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

❏    If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

3

5.      Award of Attorneys' Fees:

❐   The Applicant is awarded attorneys fees of $_____, and costs of $_____.

The fees and costs are payable:

❐   through the Chapter 13 plan.

❐   to the Secured Creditor within _____ days.

❐   Attorneys' fees are not awarded.

6.  In the event Debtor receives proceeds from his pending personal injury lawsuit prior to curing all of the arrears to the Association, Debtor shall tender the balance due and owing to the Association within fourteen (14) days of his receipt of the personal injury proceeds.  Additionally, the parties agree that their resolution of this matter is subject to the terms of a separate letter agreement dated January 25, 2018, which agreement shall survive following the closing of the within bankruptcy case.

*rev.8/1/15*

4

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 13-12101-JKS
Domenico Lomuscio                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1        Date Rcvd: Feb 23, 2018
                           Form ID: pdf903        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
db          ++++DOMENICO LOMUSCIO,   199A N BEVERWYCK RD APT A9,   LAKE HIAWATHA NJ  07034-1400
            (address filed with court: Domenico Lomuscio,   199A N. Beverwyck Road,   Apt #9,
            Lake Hiawatha, NJ  07034)
aty         +Peter J. DeFrank,   Massood Law Group, LLC,   50 Packanack Lake Road,   Wayne, NJ 07470-5834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                          Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
        Andrew L. Spivack   on behalf of Creditor    Caliber Home Loans, Inc. nj.bkecf@fedphe.com
        Brian C. Nicholas   on behalf of Creditor    Caliber Home Loans, Inc. bnicholas@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Elizabeth K. Holdren   on behalf of Creditor    Manor I Condominium Association, Inc.
        eak@hillwallack.com,  jhanley@hillwallack.com
        Eric P. Kelner   on behalf of Creditor    Manor I Condominium Association, Inc c/o Gervin Realty,
        Inc. ekelner@hillwallack.com,  fmansmann@hillwallack.com;OOtarsi@HillWallack.com
        Jennifer R. Gorchow   on behalf of Creditor    Caliber Home Loans, Inc. nj.bkecf@fedphe.com
        Joel A. Ackerman   on behalf of Creditor    Vericrest Financial, Inc jackerman@zuckergoldberg.com
        Joel A. Ackerman   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
        jackerman@zuckergoldberg.com
        Joel A. Ackerman   on behalf of Creditor    JPMorgan Chase Bank, National Association
        jackerman@zuckergoldberg.com
        John R. Morton, Jr.   on behalf of Creditor    American Honda Finance Corporation
        ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
        Marie-Ann Greenberg   magecf@magtrustee.com
        Scott D. Sherman   on behalf of Debtor Domenico  Lomuscio ssherman@minionsherman.com
                                                                        TOTAL: 11