UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

HILL WALLACK, LLP
Elizabeth K. Holdren, Esq.
21 Roszel Road, P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Fax: 609-452-1888
Attorneys for Manor I Condominium Association, Inc.

Order Filed on December 6, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

DOMENICO LOMUSCIO aka DOMINIC LOMUSCIO aka DOMENIC LOMUSCIO

Debtor.

Case No.: 13-12101

Hearing Date: _____

Judge: John K. Sherwood

Chapter: 13

Recommended Local Form:    ☐ Followed    ☒ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: December 6, 2018

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____Manor I Condominium Association, Inc._____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to enforce the condominium rules and regulations, the governing documents and resolutions of the association, record a lien, and/or institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:
199 A-9 North Beverwyck Road, Lake Hiawatha, New Jersey 07034

Land and Premises known as Block 497.03, Lot 8, as shown on the Tax Map of Township of Parsippany-Troy Hills, Morris County and State of New Jersey.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*