| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>HILL WALLACK, LLP<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road, P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Fax: 609-452-1888<br>Attorneys for Manor I Condominium Association, Inc. | Order Filed on December 6, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

DOMENICO LOMUSCIO aka DOMINIC LOMUSCIO aka DOMENIC LOMUSCIO

    Debtor.

Case No.: 13-12101

Hearing Date: _____

Judge: John K. Sherwood

Chapter: 13

Recommended Local Form: ☐ Followed    ☒ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 6, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____ Manor I Condominium Association, Inc. _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to enforce the condominium rules and regulations, the governing documents and resolutions of the association, record a lien, and/or institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:
199 A-9 North Beverwyck Road, Lake Hiawatha, New Jersey 07034

Land and Premises known as Block 497.03, Lot 8, as shown on the Tax Map of Township of Parsippany-Troy Hills, Morris County and State of New Jersey.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 13-12101-JKS
Domenico Lomuscio                                                                               Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1             Date Rcvd: Dec 10, 2018
                        Form ID: pdf903           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2018.
db            ++++DOMENICO LOMUSCIO,    199A N BEVERWYCK RD APT A9,    LAKE HIAWATHA NJ   07034-1400
               (address filed with court:  Domenico Lomuscio,    199A N. Beverwyck Road,    Apt #9,
                 Lake Hiawatha, NJ   07034)
aty           +Peter J. DeFrank,    Massood Law Group, LLC,    50 Packanack Lake Road,    Wayne, NJ 07470-5834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
      Andrew L. Spivack    on behalf of Creditor    Caliber Home Loans, Inc. nj.bkecf@fedphe.com
      Brian C. Nicholas    on behalf of Creditor    Caliber Home Loans, Inc. bnicholas@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      Elizabeth K. Holdren    on behalf of Creditor    Manor I Condominium Association, Inc.
   eak@hillwallack.com,   jhanley@hillwallack.com
      Eric P. Kelner    on behalf of Creditor    Manor I Condominium Association, Inc c/o Gervin Realty,
   Inc. ekelner@hillwallack.com,   fmansmann@hillwallack.com;OOtarsi@HillWallack.com
      Jennifer R. Gorchow    on behalf of Creditor    Caliber Home Loans, Inc. nj.bkecf@fedphe.com
      John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
   ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Scott D. Sherman    on behalf of Debtor Domenico  Lomuscio ssherman@minionsherman.com
                                                                                                                                                               TOTAL: 8