**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>48845<br>Morton & Craig LLC<br>John R. Morton, Jr., Esq.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057<br>856-866-0100<br>Attorneys for Santander Consumer USA Inc. | **Order Filed on June 19, 2019 by**<br>**Clerk U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>DOMENICO LOMUSCIO | Case No.: 13-12101<br><br>Adv. No.:<br><br>Hearing Date: 5-23-19<br><br>Judge: JKS |

**ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 19, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**Domenico Lomuscio**
**13-12101(JKS)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc., with the appearance of Scott Sherman, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Santander Consumer USA Inc. is the holder of a first purchase money security interest encumbering a 2013 HONDA ACCORD bearing serial number 1HGCR2F52DA145107 (hereinafter the"vehicle").

2. **Curing Arrears:**  Through and including the 4-31-19 payment, the debtor was $1066.12 in arrears to Santander.  To cure arrears, the debtor shall pay Santander $258.84 on 5-28-19.  To cure the remaining arrears, the debtor shall make double payments to Santander of $524.28 on 6-28-19, 7-28-19 and 8-28-19.  If the debtor fails to make any of these payments when due, Santander Consumer USA Inc. shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

3. After curing arrears, the debtor shall make all loan payments when due, being the 31st day of each month, commencing with the 8-31-19 payment.  If the debtor fails to make any payment for a period of 30 days after it falls due, Santander Consumer USA Inc. shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

4. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract.  Santander Consumer USA Inc. shall be listed as loss payee.  In the event of a lapse of insurance for any period of time without intervening coverage, Santander Consumer USA Inc. shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.

5. The debtor shall pay to Santander Consumer USA Inc. through the plan, a counsel fee of $431 which shall be paid by the trustee as an administrative priority expense.

6. Effective term of this order:  This order shall only remain in effect until this bankruptcy case discharges and closes.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 13-12101-JKS
Domenico Lomuscio                                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1          Date Rcvd: Jun 19, 2019
                            Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
db             ++++DOMENICO LOMUSCIO,    199A N BEVERWYCK RD APT A9,    LAKE HIAWATHA NJ   07034-1400
                 (address filed with court:  Domenico Lomuscio,    199A N. Beverwyck Road,    Apt #9,
                   Lake Hiawatha, NJ   07034)
aty            +Peter J. DeFrank,    Massood Law Group, LLC,    50 Packanack Lake Road,    Wayne, NJ 07470-5834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:
      Andrew L. Spivack    on behalf of Creditor    Caliber Home Loans, Inc. nj.bkecf@fedphe.com
      Brian C. Nicholas    on behalf of Creditor    Caliber Home Loans, Inc. bnicholas@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      Elizabeth K. Holdren    on behalf of Creditor    Manor I Condominium Association, Inc.
   eak@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com
      Eric P. Kelner    on behalf of Creditor    Manor I Condominium Association, Inc c/o Gervin Realty,
   Inc. ekelner@hillwallack.com,    fmansmann@hillwallack.com;OOtarsi@HillWallack.com
      Jennifer R. Gorchow    on behalf of Creditor    Caliber Home Loans, Inc. nj.bkecf@fedphe.com
      John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
   mortoncraigecf@gmail.com
      John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
   ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Scott D. Sherman    on behalf of Debtor Domenico  Lomuscio ssherman@minionsherman.com
                                                                                                                                  TOTAL: 9