| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (NEWARK)** | |
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Attorneys For Secured Creditor<br>PNC BANK NA<br><br>Shauna Deluca, Esq. (SD-8248) | Case No.: 13-12101-JKS<br><br>Chapter 13<br><br>Judge: John K. Sherwood |
| **In Re:**<br><br>Domenico Lomuscio<br>*aka* Dominic Lomuscio<br>*aka* Domenic Lomuscio,<br><br>Debtor. | |

Order Filed on July 9, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

## ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: July 9, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**

Debtor: Domenico Lomuscio
Case No.: 13-12101-JKS
Caption of Order: **Order Directing Redaction of Personal Information**

_____

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by PNC Bank NA, and regarding the following documents:

1. Proof of claim, filed on February 21, 2013, as Claim 4-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.