| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (NEWARK)** | Order Filed on July 9, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L. 6409 Congress Ave., Suite 100 Boca Raton, FL 33487 Telephone: 561-241-6901 Attorneys For Secured Creditor PNC BANK NA<br><br>Shauna Deluca, Esq. (SD-8248) | Case No.: 13-12101-JKS<br><br>Chapter 13<br><br>Judge: John K. Sherwood |
| In Re:<br><br>Domenico Lomuscio<br>*aka* Dominic Lomuscio<br>*aka* Domenic Lomuscio,<br><br>Debtor. | |

**ORDER DIRECTING REDACTION OF PERSONAL INFORMATION**

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: July 9, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**

Debtor: Domenico Lomuscio
Case No.: 13-12101-JKS
Caption of Order: **Order Directing Redaction of Personal Information**

―――――――――――――――――――――――――――――――――――――――――――――――――――

    The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by PNC Bank NA, and regarding the following documents:

    1.   Proof of claim, filed on February 21, 2013, as Claim 4-1 on the Claims Register.

    ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

    ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

    ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 13-12101-JKS
Domenico Lomuscio                                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1              Date Rcvd: Jul 09, 2019
                              Form ID: pdf903            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.
db         ++++DOMENICO LOMUSCIO,    199A N BEVERWYCK RD APT A9,    LAKE HIAWATHA NJ   07034-1400
             (address filed with court:  Domenico Lomuscio,    199A N. Beverwyck Road,   Apt #9,
              Lake Hiawatha, NJ   07034)
aty         +Peter J. DeFrank,    Massood Law Group, LLC,    50 Packanack Lake Road,    Wayne, NJ 07470-5834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    Caliber Home Loans, Inc. nj.bkecf@fedphe.com
              Brian C. Nicholas    on behalf of Creditor    Caliber Home Loans, Inc. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Manor I Condominium Association, Inc.
               eak@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com
              Eric P. Kelner    on behalf of Creditor    Manor I Condominium Association, Inc c/o Gervin Realty,
               Inc. ekelner@hillwallack.com,    fmansmann@hillwallack.com;OOtarsi@HillWallack.com
              Jennifer R. Gorchow    on behalf of Creditor    Caliber Home Loans, Inc. nj.bkecf@fedphe.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott D. Sherman    on behalf of Debtor Domenico  Lomuscio ssherman@minionsherman.com
              Shauna M Deluca    on behalf of Creditor    PNC BANK, N.A. sdeluca@rasflaw.com
                                                                                             TOTAL: 10