| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MINION & SHERMAN<br><br>Scott D. Sherman, Esquire 33<br>Clinton Road, Suite 105 West<br>Caldwell, New Jersey 07006<br>(973) 882-2424 | **Order Filed on January 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| DOMENICO LOMUSCIO<br><br>Debtors | Case No.:13-12101 JKS<br><br>Chapter 13<br><br>Hearing Date: 1/9/2020 |

### ORDER APPROVING SETTLEMENT OF NEGLIGENCE ACTION
### AND LEGAL FEES FOR SPECIAL COUNSEL

The relief set forth on the following pages, numbered two (2) through  Three  (3)
is hereby **ORDERED**.

**DATED: January 15, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor: DOMENICO LOMUSCIO

Case No: 13-12101 JKS

**Caption of Order**: **ORDER APPROVING SETTLEMENT OF NEGLIGENCE ACTION AND LEGAL FEES FOR SPECIAL COUNSEL**

-------------------------------------------------------------------------------------------------

1. That the Settlement of $495,000.00 in the Negligence Action against Dunkin Brands Group, Inc., et. al., related to injuries suffered by Debtor, be and is hereby approved;

2. Disbursements shall be made as set forth in the Disbursement Statement submitted to this court as an exhibit to this motion, including payment of Special Counsel's legal fees in the sum of $157,975.83,  $ 16,077.03 for Expenses due Counsel's firm; $118,365.37 for Liens against proceeds;  $ 15,426.96  for Lien Escrow;

3. $24,000.00 shall be paid to Marie-Ann Greenberg, Chapter 13 Standing Trustee for distribution to creditors;

4. $ 1,000.00 in attorney's fees and reimbursement of out of pocket expenses for postage not to exceed $80.00 for the filing and service of this Motion shall be paid to MINION & SHERMAN from the Debtor's share of the net proceeds.

**(Page 3)**
Debtor: DOMENICO LOMUSCIO

Case No: 13-12101 JKS

**Caption of Order**: **ORDER APPROVING SETTLEMENT OF NEGLIGENCE ACTION AND LEGAL FEES FOR SPECIAL COUNSEL**

-------------------------------------------------------------------------------------------------

5. The balance of the settlement proceeds shall be paid to the Debtor all of which are claimed as exempt by the Debtor be and are hereby approved.

6. The Chapter 13 Trustee shall be provided with a copy of the final closing statement (settlement statement), upon consummation of the disbursement, to ensure that compliance with this order.