| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MINION & SHERMAN<br><br>Scott D. Sherman, Esquire 33<br>Clinton Road, Suite 105 West<br>Caldwell, New Jersey 07006<br>(973) 882-2424 | Order Filed on January 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| DOMENICO LOMUSCIO<br><br>Debtors | Case No.:13-12101 JKS<br><br>Chapter 13<br><br>Hearing Date: 1/9/2020 |

**ORDER APPROVING SETTLEMENT OF NEGLIGENCE ACTION
AND LEGAL FEES FOR SPECIAL COUNSEL**

The relief set forth on the following pages, numbered two (2) through _Three (3)_
is hereby **ORDERED**.

**DATED: January 15, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor: DOMENICO LOMUSCIO

Case No: 13-12101 JKS

**Caption of Order**: **ORDER APPROVING SETTLEMENT OF NEGLIGENCE ACTION AND LEGAL FEES FOR SPECIAL COUNSEL**

-------------------------------------------------------------------------------------------------------

1. That the Settlement of $495,000.00 in the Negligence Action against Dunkin Brands Group, Inc., et. al., related to injuries suffered by Debtor, be and is hereby approved;

2. Disbursements shall be made as set forth in the Disbursement Statement submitted to this court as an exhibit to this motion, including payment of Special Counsel's legal fees in the sum of $157,975.83, $ 16,077.03 for Expenses due Counsel's firm; $118,365.37 for Liens against proceeds; $ 15,426.96 for Lien Escrow;

3. $24,000.00 shall be paid to Marie-Ann Greenberg, Chapter 13 Standing Trustee for distribution to creditors;

4. $ 1,000.00 in attorney's fees and reimbursement of out of pocket expenses for postage not to exceed $80.00 for the filing and service of this Motion shall be paid to MINION & SHERMAN from the Debtor's share of the net proceeds.

**(Page 3)**
Debtor: DOMENICO LOMUSCIO

Case No: 13-12101 JKS

**Caption of Order**: **ORDER APPROVING SETTLEMENT OF NEGLIGENCE ACTION AND LEGAL FEES FOR SPECIAL COUNSEL**

-------------------------------------------------------------------------------------------------

5. The balance of the settlement proceeds shall be paid to the Debtor all of which are claimed as exempt by the Debtor be and are hereby approved.

6. The Chapter 13 Trustee shall be provided with a copy of the final closing statement (settlement statement), upon consummation of the disbursement, to ensure that compliance with this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Domenico Lomuscio  
    Debtor

Case No. 13-12101-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 15, 2020  
                        Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.  
db        ++++DOMENICO LOMUSCIO,   199A N BEVERWYCK RD APT A9,   LAKE HIAWATHA NJ  07034-1400  
          (address filed with court: Domenico Lomuscio,   199A N. Beverwyck Road,   Apt #9,  
          Lake Hiawatha, NJ  07034)  
aty       +Peter J. DeFrank,   Massood Law Group, LLC,   50 Packanack Lake Road,   Wayne, NJ 07470-5834

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:  
        Andrew L. Spivack    on behalf of Creditor    Caliber Home Loans, Inc. nj.bkecf@fedphe.com  
        Brian C. Nicholas    on behalf of Creditor    Caliber Home Loans, Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Elizabeth K. Holdren    on behalf of Creditor    Manor I Condominium Association, Inc. eak@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com  
        Eric P. Kelner    on behalf of Creditor    Manor I Condominium Association, Inc c/o Gervin Realty, Inc. ekelner@hillwallack.com, fmansmann@hillwallack.com;OOtarsi@HillWallack.com  
        Jennifer R. Gorchow    on behalf of Creditor    Caliber Home Loans, Inc. nj.bkecf@fedphe.com  
        John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Scott D. Sherman    on behalf of Debtor Domenico  Lomuscio ssbankruptcy@minionsherman.com  
        Shauna M Deluca    on behalf of Creditor    PNC BANK, N.A. sdeluca@rasflaw.com  
                                                                                                       TOTAL: 10