Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 13–12101–JKS
    Chapter: 13
    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Domenico Lomuscio
   aka Dominic Lomuscio, aka Domenic Lomuscio
   199A N. Beverwyck Road
   Apt #9
   Lake Hiawatha, NJ 07034

Social Security No.:
   xxx–xx–4817

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/27/20 at 10:00 AM

to consider and act upon the following:

*166* – Creditor's Certification of Default (related document:152 Motion for Relief from Stay re: 2013 Honda Accord. Fee Amount $ 181. filed by Creditor Santander Consumer USA Inc.) filed by John R. Morton Jr. on behalf of Santander Consumer USA Inc.. Objection deadline is 02/13/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

*167* – Certification in Opposition to (related document:166 Creditor's Certification of Default (related document:152 Motion for Relief from Stay re: 2013 Honda Accord. Fee Amount $ 181. filed by Creditor Santander Consumer USA Inc.) filed by John R. Morton Jr. on behalf of Santander Consumer USA Inc.. Objection deadline is 02/13/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Santander Consumer USA Inc.) filed by Scott D. Sherman on behalf of Domenico Lomuscio. (Sherman, Scott)

Dated: 2/7/20

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court