Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  13–12101–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Domenico Lomuscio
    aka Dominic Lomuscio, aka Domenic
    Lomuscio
    199A N. Beverwyck Road
    Apt #9
    Lake Hiawatha, NJ 07034

Social Security No.:
    xxx–xx–4817

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/27/20 at 10:00 AM

to consider and act upon the following:

*166* – Creditor's Certification of Default (related document:152 Motion for Relief from Stay re: 2013 Honda Accord. Fee Amount $ 181. filed by Creditor Santander Consumer USA Inc.) filed by John R. Morton Jr. on behalf of Santander Consumer USA Inc.. Objection deadline is 02/13/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

*167* – Certification in Opposition to (related document:166 Creditor's Certification of Default (related document:152 Motion for Relief from Stay re: 2013 Honda Accord. Fee Amount $ 181. filed by Creditor Santander Consumer USA Inc.) filed by John R. Morton Jr. on behalf of Santander Consumer USA Inc.. Objection deadline is 02/13/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Santander Consumer USA Inc.) filed by Scott D. Sherman on behalf of Domenico Lomuscio. (Sherman, Scott)

Dated: 2/7/20

                Jeanne Naughton
                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 13-12101-JKS
Domenico Lomuscio                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1          Date Rcvd: Feb 07, 2020
                             Form ID: ntchrgbk          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
db            ++++DOMENICO LOMUSCIO,    199A N BEVERWYCK RD APT A9,    LAKE HIAWATHA NJ    07034-1400
              (address filed with court: Domenico Lomuscio,    199A N. Beverwyck Road,    Apt #9,
              Lake Hiawatha, NJ   07034)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2020 at the address(es) listed below:
          Andrew L. Spivack   on behalf of Creditor   Caliber Home Loans, Inc. nj.bkecf@fedphe.com
          Brian C. Nicholas   on behalf of Creditor   Caliber Home Loans, Inc. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Elizabeth K. Holdren   on behalf of Creditor   Manor I Condominium Association, Inc.
           eak@hillwallack.com,  jhanley@hillwallack.com;hwbknj@hillwallack.com
          Eric P. Kelner   on behalf of Creditor   Manor I Condominium Association, Inc c/o Gervin Realty,
           Inc. ekelner@hillwallack.com,  fmansmann@hillwallack.com;OOtarsi@HillWallack.com
          Jennifer R. Gorchow   on behalf of Creditor   Caliber Home Loans, Inc. nj.bkecf@fedphe.com
          John R. Morton, Jr.   on behalf of Creditor   American Honda Finance Corporation
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Scott D. Sherman   on behalf of Debtor Domenico  Lomuscio ssbankruptcy@minionsherman.com
          Shauna M Deluca   on behalf of Creditor   PNC BANK, N.A. sdeluca@rasflaw.com
                                                                          TOTAL: 10