UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
50634
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorneys for Santander Consumer USA Inc.

**Order Filed on April 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DOMENICO LOMUSCIO

Case No.: 13-12101

Adv. No.:

Hearing Date: 2-27-20

Judge: JKS

## ORDER FOR ADDITIONAL COUNSEL FEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 7, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**Domenico Lomuscio**
**13-12101(JKS)**
**Order for additional counsel fee**
**Page 2**

This matter having been brought on before this Court on motion for certification of default filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc., with the appearance of Scott Sherman, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. The debtor shall pay to Santander Consumer USA Inc., an counsel fee of $100.