Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                Case No.:  13−12101−JKS
                                Chapter:  13
                                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Domenico Lomuscio
   aka Dominic Lomuscio, aka Domenic Lomuscio
   199A N. Beverwyck Road
   Apt #9
   Lake Hiawatha, NJ 07034

Social Security No.:
   xxx−xx−4817

Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: June 12, 2020                    John K. Sherwood
                                      Judge, United States Bankruptcy Court