| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | Order Filed on June 6, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Domenico Lomuscio | Case No.: _____13-12101-JKS_____<br>Chapter: _____13_____<br>Hearing Date: _____<br>Judge: _____Michael B. Kaplan_____ |

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

**DATED: June 6, 2022**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

  The court having heard the motion filed by _____1st Recovery, LLC_____, and any objections filed, it is

  ORDERED that the motion is GRANTED and the amount of _____$ 10,810.51_____ will be forwarded to _____1st Recovery, LLC_____ at the following address:

  1st Recovery, LLC (PNC Bank, NA)

  1413 Anchor Street

  Baltimore, MD 21230

*new.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 13-12101-JKS |
| Domenico Lomuscio | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 06, 2022 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Domenico Lomuscio, 199A N. Beverwyck Road, Apt #9, Lake Hiawatha, NJ 07034-1441 |
| aty | + | Peter J. DeFrank, Massood Law Group, LLC, 50 Packanack Lake Road, Wayne, NJ 07470-5834 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2022             Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Caliber Home Loans  Inc. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian C. Nicholas | on behalf of Creditor Caliber Home Loans  Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Manor I Condominium Association  Inc. eak@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Eric P. Kelner | on behalf of Creditor Manor I Condominium Association  Inc c/o Gervin Realty, Inc. ekelner@hillwallack.com, fmansmann@hillwallack.com;OOtarsi@HillWallack.com |
| Jennifer R. Gorchow | on behalf of Creditor Caliber Home Loans  Inc. nj.bkecf@fedphe.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 06, 2022 | Form ID: pdf903 | Total Noticed: 2

John R. Morton, Jr.
    on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Scott D. Sherman
    on behalf of Debtor Domenico Lomuscio ssherman@minionsherman.com

Shauna M Deluca
    on behalf of Creditor PNC BANK  N.A. sdeluca@hasbanilight.com, hllawpc@gmail.com

TOTAL: 10